﻿Citation Nr: AXXXXXXXX
Decision Date: 02/26/21 Archive Date: 02/26/21

DOCKET NO. 201105-124630
DATE: February 26, 2021

ORDER

The appeal for entitlement to Dependency and Indemnity Compensation (DIC) benefits, under the above cited docket number, is dismissed.

FINDING OF FACT

The appeal for entitlement to DIC benefits, under the above cited docket number, is a duplicate appeal and is addressed in a separate appeal before the Board of Veterans’ Appeals (Board) under a different docket number.

CONCLUSION OF LAW

The criteria for dismissal of the appeal for entitlement to DIC benefits have been met. 38 U.S.C. § 7105; 38 C.F.R. § 20.205.

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran served on active duty from June 1962 to March 1966. 

This matter comes before the Board on appeal from a June 2020 notification that denied entitlement to accrued benefits and DIC benefits. The Veteran died in October 2019 and the appellant is the deceased Veteran’s spouse. In June 2020, the RO granted the appellant’s request for substitution. In the November 2020 VA Form 10182, Decision Review Request: Board Appeal, the appellant elected the Evidence Submission docket. 

The appellant submitted duplicate copies of the VA Form 10182 in that same month. The Board notified the appellant in two separate letters in February 2021 that her appeals were placed on the evidence submission docket under two different docket numbers. 

Here, these issues were placed on the docket twice at the Board, under separate docket numbers. Accordingly, the duplicate appeal under this docket number must be dismissed. 38 U.S.C. § 7105. There remains no case or controversy at issue for the Board to adjudicate; the Board does not have jurisdiction over this issue, and it is dismissed.

The Board points out that this decision in no way disturbs any action ordered by the Board in a separate decision addressing DIC benefits. This decision merely dismisses the duplicative appeal stream docketed at the Board in error.

 

 

A. P. SIMPSON

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board Sarah Campbell, Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.